```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
Sandra Enid Valencia,                                        :
:                     **ORDER SCHEDULING CASE**
:                     **MANAGEMENT CONFERENCE**
             Plaintiff,                                      :
:
         -against-                                           :    1:21-cv-1780 (VSB) (KHP)
:
Commissioner of Social Security,                             :
:
             Defendant.                                      :
:
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

The Court is in receipt of a response from the Plaintiff (ECF No. 11.) and an objection from the Defendant (ECF No. 12.) regarding the Plaintiff's challenge to a proceeding that was conducted before an unconstitutionally appointed ALJ. A case management conference is hereby scheduled on **Thursday, June 17, 2021 at 11:30 a.m.** Counsel for the parties are directed to call the Court's teleconference line: **(866) 434-5269, access code: 4858267** at the scheduled time.

**SO ORDERED.**

Dated:   June 14, 2021
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge