UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDRA ENID VALENCIA,

        Plaintiff,

vs.                                                                         Civil Action No.:
                                                                           1:21-CV-01780-VSB-KHP

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 11/30/2021

## **ORDER**

AND, NOW, this 30th day of November, 2021, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

    IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due February 8, 2022. All subsequent deadlines are also extended by sixty (60) days.

Entered: 11/30/2021                                                        Katharine H. Parker