# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SANDRA ENID VALENCIA,

             Plaintiff,                              21 **CIVIL** 1780 (VSB) (KHP)

       -v-                                             **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

             Defendant.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 23, 2022, that this action be, and hereby is, remanded to the Acting Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing.

**Dated:**  New York, New York
         February 24, 2022

                                                                  **RUBY J. KRAJICK**
                                                                   Clerk of Court
                                                      **BY:**
                                                                       Deputy Clerk